UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-60168-SINGHAL

JOSE V. ROLDAN,

    Plaintiff,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's "Notice of Voluntary Dismissal of Progressive American Insurance Company Pursuant to F.R.C.P. 41(a)(1)(A)(i)" (DE [10]). The Court has carefully reviewed the file and found that Defendant has not yet filed an answer. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby

**ORDERED** that the above-styled case is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** the file. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29th day of January 2020.

                                                    RAAG SINGHAL
                                                  UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF